# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAPHIC STYLES/ STYLES INTERNATIONAL LLC | : |
| | : CIVIL ACTION |
| Plaintiff, | : NO. 17-02713 |
| v. | : |
| VINNIE'S INTERNATIONAL HONG KONG CUSTOM TAILORS | : |
| Defendant. | : |

## ORDER

AND NOW, this 24th day of January, 2018, upon consideration of Plaintiff Graphic Styles/Styles International LLC's Motion for Leave to Effect Service by Alternative Means (Doc. No. 4), it is hereby ORDERED that the Motion is GRANTED IN PART and Plaintiff is permitted to serve Defendant under Fed. R. Civ. P. 4(f)(3) via international certified mail return receipt requested and via email to Defendant's primary email address, consistent with the Court's accompanying Memorandum.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.